RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/2/14

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PROGRESSIVE EXPRESS INSURANCE CO. | CIVIL ACTION NO. 13-2854 |
| VERSUS | CHIEF JUDGE DEE D. DRELL |
| ALL SEASON DISASTER RELIEF, INC., ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion to dismiss, doc. #25, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 2nd day of September, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT